# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

DANIELLE SEABERG, *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

CLASSICA CRUISE OPERATOR, LTD, INC. d/b/a MARGARITAVILLE AT SEA,

    Defendant.

Case No.: 6:25-cv-2072

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

Dated: October 28, 2025

Respectfully submitted,

*/s/Mariya Weekes*
Mariya Weekes (FL State Bar No. 56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

*Counsel for Plaintiff and the Proposed Class*