## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTICT OF FLORIDA

|  |  |
|---|---|
| DANIELLE SEABERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff*,*<br><br>v.<br><br>CLASSICA CRUISE OPERATOR, LTD INC., d/b/a MARGARITAVILLE AT SEA<br><br>Defendant. | Case No. 6:25-cv-02072-CEM-RMN |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Danielle Seaberg, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Classica Cruise Operator, LTD Inc., d/b/a Margaritaville at Sea without prejudice.

Dated: November 17, 2025,                    Respectfully submitted,

*By: /s/ Mariya Weekes*
Mariya Weekes (FBN 56299)
**MILBERG PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com
*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 17, 2025, the foregoing document was

filed via the Court's ECF system, which will cause a true and correct copy of the same to be served

electronically on all ECF-registered counsel of record.

BY: <u>*/s/ Mariya Weekes*</u>
Mariya Weekes